**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **DSS Technology Management, Inc.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.2:14-CV-199 RSP** |
| | § | |
| **Taiwan Semiconductor Manufacturing** | § | |
| **Company, Limited,** *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is Plaintiff DSS Technology Management, Inc.'s ("DSS") Unopposed

Motion for Leave to File Supplemental Briefing Regarding the Samsung Defendants' Motion to

Transfer Venue. Having considered the Motion, the Court hereby **GRANTS** the Motion and

**ORDERS** that DSS is granted leave to file a single three-page supplemental brief (excluding

attachments) addressing the Terrence Hunter deposition testimony and that Samsung is granted

leave to file a single three-page supplemental brief (excluding attachments) responding to the

issues raised in DSS's supplemental brief. Samsung's supplemental brief shall be filed no later

than seven (7) days after Samsung receives service of DSS's supplemental brief.

   **SIGNED this 29th day of January, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE