IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **DSS Technology Management, Inc.,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:14-CV-199-RSP |
| **Taiwan Semiconductor Manufacturing Company, Limited,** *et al.*, | § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

**PLAINTIFF DSS TECHNOLOGY MANAGEMENT, INC.'S UNOPPOSED MOTION TO STAY PENDING SUBMISSION OF STIPULATED JUDGMENT**

On April 9, 2015, the Court entered its Claim Construction Memorandum and Order (Docket No. 168). As a result of the Court's Order, DSS intends to file a stipulated final judgment of noninfringement so DSS can consider its options for appellate review of the Court's Order before the U.S. Court of Appeals for the Federal Circuit. Thus, DSS requests that the Court stay all deadlines, including briefing deadlines and hearing dates pertaining to pending motions, for 14 days, and suspend all currently pending discovery, so the parties can submit a stipulated judgment.

A proposed order is attached.

Dated: April 13, 2015                    Respectfully submitted,

_(signature)_

_____
**CHRISTIAN HURT**

**DEREK GILLILAND**
STATE BAR NO. 24007239
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
dgilliland@nixlawfirm.com

**EDWARD CHIN**
STATE BAR NO. 50511688
**ANDREW WRIGHT**
STATE BAR NO. 24063927
**KIRK VOSS**
STATE BAR NO. 24075229
**CHRISTIAN J. HURT**
STATE BAR NO. 24059987
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
edchin@me.com
andrewjwright@me.com
kirkvoss@me.com
christianhurt@nixlawfirm.com

**WILLIAM E. "BO" DAVIS, III**
STATE BAR NO. 24047416
**THE DAVIS FIRM, P.C.**
222 N. Fredonia St.
Longview, Texas 75601
903.230.9090 (telephone)
903.230.9661 (facsimile)
bdavis@bdavisfirm.com

ATTORNEYS FOR PLAINTIFF<br>DSS TECHNOLOGY MANAGEMENT, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service on this the 13th day of April, 2015.

*/s/ Christian Hurt*
_____
**NIX PATTERSON & ROACH, L.L.P.**

## CERTIFICATE OF CONFERENCE

The undersigned certify that counsel for DSS and Defendants have met and conferred under the Local Rule 7(h) and 7(i) and that Defendants do not oppose the relief requested in this motion.

*/s/ Christian Hurt*
_____
**NIX PATTERSON & ROACH, L.L.P.**