# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **DSS Technology Management, Inc.,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:14-CV-199-RSP |
| **Taiwan Semiconductor Manufacturing Company, Limited,** *et al.*, | § § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |

## FINAL JUDGMENT

Based upon this Court's Claim Construction Order dated April 9, 2015, Plaintiff DSS Technology Management, Inc. and the Samsung Defendants[1] and the TSMC Defendants[2] have stipulated that none of the semiconductor devices accused of infringement in DSS's Complaint (the "Accused Products") satisfy the "first patterned layer having a first feature" and "second patterned layer having a second feature" limitations of Claims 1-7 and 10 (collectively, "the Asserted Claims") of U.S. Patent No. 5,652,084 ("the 084 Patent"). *See* Joint Stipulation and Proposed Final Judgment of Non-Infringement ¶¶ 5-6 (hereinafter, "Joint Stipulation of Non-Infringement"). The parties have therefore stipulated that all Defendants are entitled to a

---

[1] The Samsung Defendants are Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America L.L.C., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor LLC

[2] The TSMC Defendants are Taiwan Semiconductor Manufacturing Company, Ltd. and TSMC North America.

judgment of non-infringement as a matter of law as to all of Plaintiff's Asserted Claims as set forth in the Joint Stipulation of Non-Infringement. Accordingly, the Court enters Judgment as follows:

Judgment is entered against Plaintiff and for Defendants as to Plaintiff's claims for patent infringement based on the parties' Joint Stipulation of Non-Infringement;

The Court further enters judgment for Defendants and against Plaintiff and declares claims 1-7 and 10 of the 084 Patent not infringed by Defendants. Plaintiff shall take nothing from Defendants with respect to the Asserted Claims of the 084 Patent;

All of the Defendants' other claims, counterclaims, and defenses are dismissed without prejudice;

All pending motions are denied without prejudice. If, after remand, Defendants renew their motions to stay, sever, or transfer, such renewed motions shall be treated for all purposes as if they were filed on the date of the original motions;

Defendants are the prevailing party for purposes of recovering costs.

It is SO ORDERED.