IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DSS TECHNOLOGY MANAGEMENT INC. | § § § § § § § | |
| v. | | Case No. 2:14-CV-199-RSP |
| TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LTD., ET AL. | | |

## ORDER STAYING PROCEEDING

The Court, *sua sponte*, hereby issues a stay of the instant proceeding pending the outcome of the parties' appeal to the United States Court of Appeals for the Federal Circuit (*DSS Technology Management Inc. v. Taiwan Semiconductor*, Case No. 2015-1684).

On May 4, 2105, the parties filed a Joint Stipulation and Proposed Final Judgment of Non-Infringement (Dkt. No. 179, "Joint Stipulation"). In the Joint Stipulation, the parties stipulated to non-infringement in light of the Court's construction of several disputed terms as set forth in its Claim Construction Memorandum and Order (Dkt. No. 168). (Joint Stipulation at 3.) The Court entered Final Judgment on May 13, 2015 based on the parties' representations in their Joint Stipulation. (Dkt. No. 183). In light of the Final Judgment and current appeal before the Federal Circuit, the Court hereby **STAYS** the instant proceeding subject to the following:

The parties are **ORDERED** to file a Joint Status Notice regarding the status of the instant appeal every six months, beginning from the date of this Order. This notice shall provide a brief summary of the current status of the appeal at the conclusion of each six-month period. The parties are further **ORDERED** to meet and confer within ten days from the date of the Federal Circuit's disposition of the appeal to discuss the parties' respective positions in proceeding with this matter at the conclusion of the appeal. The parties are further **ORDERED** to file a Joint Status Report within five days of the parties' meet and confer detailing the parties' meet and

- 2 -

confer efforts, agreements, and remaining disputes as they relate to further proceedings in this matter.

**SIGNED this 9th day of July, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE