# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **DSS Technology Management, Inc.,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 2:14-CV-199-RSP** |
| | § | |
| **Taiwan Semiconductor Manufacturing** | § | |
| **Company, Limited,** *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants*. | § | |

## JOINT MOTION TO DISMISS TSMC DEFENDANTS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff DSS Technology Management, Inc. ("DSS") and Defendants Taiwan Semiconductor Manufacturing Company, Limited and TSMC North America, Corp. (collectively, "TSMC") have agreed to settle and compromise all claims between them in the above-captioned action. Therefore, subject to that agreement, DSS and TSMC hereby move the Court to dismiss with prejudice DSS's claims against TSMC. The parties further move the Court to order that all costs and expenses relating to DSS's claims against TSMC, including attorney and expert fees and expenses, shall be borne solely by the party incurring same.

This dismissal applies only as to TSMC. DSS's claims against any other defendants remain pending.

Respectfully submitted,

*/s/ Derek Gilliland*

Derek Gilliland
State Bar No. 24007239
NIX PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
dgilliland@nixlawfirm.com

Kirk Voss
State Bar No. 24075229
Christian J. Hurt
State Bar No. 24059987
NIX PATTERSON & ROACH, L.L.P.
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
edchin@me.com
andrewjwright@me.com
kirkvoss@me.com
christianhurt@nixlawfirm.com

William E. "Bo" Davis, III
State Bar No. 24047416
THE DAVIS FIRM, P.C.
222 N. Fredonia St.
Longview, Texas 75601
903.230.9090 (telephone)
903.230.9661 (facsimile)
bdavis@bdavisfirm.com

**ATTORNEYS FOR PLAINTIFF
DSS TECHNOLOGY MANAGEMENT,
INC.**

*/s/ David H. Harper*

David H. Harper
State Bar No. 09025540
Stephanie Sivinski
State Bar No. 24075080
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Fax: (214) 651-5940
E-mail: david.harper@haynesboone.com
E-mail: stephanie.sivinski@haynesboone.com

Scott A. Cunning (admitted *pro hac vice*)
HAYNES AND BOONE, LLP
800 17th St NW, Suite 500
Washington, DC 20006
Telephone: 202-654-4500
Fax: 202-654-4501
E-mail: scott.cunnning@haynesboone.com

T. John Ward
State Bar No. 20848000
T. John Ward Jr.
State Bar No. 00794818
Wesley Hill
State Bar No. 24032294
Clair Abernathy Henry
State Bar No. 24053063
WARD, SMITH, & HILL LAW FIRM
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone: 903-757-6400
Fax: 903-757-2323
E-mail: tjw@wsfirm.com
E-mail: jw@wsfirm.com
E-mail: wh@wsfirm.com
E-mail: claire@wsfirm.com

**ATTORNEYS FOR DEFENDANTS
TAIWAN SEMICONDUCTOR
MANUFACTURING COMPANY, LTD.
and TSMC NORTH AMERICA**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served on all counsel who have consented to electronic service on this the 4th day of April, 2016.

/s/ *Stephanie N. Sivinski*
Stephanie N. Sivinski