# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DSS Technology Management, Inc.,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | **CIVIL ACTION NO. 2:14-CV-199-RSP** |
| § | |
| **Taiwan Semiconductor Manufacturing** § | |
| **Company, Limited,** *et al.*, § | |
| § | |
| *Defendants*. § | |

## ORDER DISMISSING TSMC DEFENDANTS

Before the Court is a motion by Plaintiff DSS Technology Management, Inc. ("DSS") and Defendants Taiwan Semiconductor Manufacturing Company, Limited and TSMC North America, Corp. (collectively, "TSMC") to dismiss all claims between them in the above-captioned action. Having considered the motion, the Court GRANTS the motion.

All claims by DSS against TSMC in this action are hereby DISMISSED WITH PREJUDICE. TSMC's Motion for Entry of Bill of Costs (Dkt. No. 197) and Motion for Attorney Fees (Dkt. No. 190) are DENIED AS MOOT. Each party will bear its own costs, fees, and expenses.

**SIGNED this 6th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE